# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:10-cr-00161-CAP-LTW
## USA v. Dong et al
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 04/21/2011.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 2:50 P.M.
TIME IN COURT: 00:45
OFFICE LOCATION: Atlanta

COURT REPORTER: Martha Frutchey
COURT INTERPRETER: Gang Li
DEPUTY CLERK: Y. Martin

| | |
|---|---|
| DEFENDANT(S): | [1]Yi Guo Dong Present at proceedings |
| ATTORNEY(S) PRESENT: | James Cavin representing Yi Guo Dong<br>George Chakmakis representing Yi Guo Dong<br>Brian Pearce representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | CBOP 12 mos., and 1 day, followed by spv'd release. $100 special assessment. No fine imposed. Restitution jointly and severally w/co dft Ri Hong Zheng in the amt of $22,911.66. Dft given appeal rights. Dft allowed voluntary surrender. |
| HEARING STATUS: | Hearing Concluded |